1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900



FILED

MAR 1 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (510) 575-3632 | CASE NO. 2:18-SW-523 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |
|---|---|

The United States' motion to unseal the pen register and trap and trace application, order, and this case is GRANTED.

DATED: 3-18-19

_____
Hon. Deborah Barnes
United States Magistrate Judge

1